UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ZAMBRANO,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT K. WONG, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 09-4917 SBA<br><br>**DEATH PENALTY**<br><br>ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO SELECTION BOARD FOR APPOINTMENT OF COUNSEL |

Upon request of petitioner, and pursuant to 28 U.S.C. § 2251(a) and Local Rules 2254-24 and 2254-25,

IT IS HEREBY ORDERED that the execution of petitioner's sentence of death and all court and other proceedings related to the execution of that sentence, including preparation for execution and setting an execution date, are stayed. The stay shall be in effect for ninety days from the date that counsel is appointed to represent petitioner in this case.

IT IS FURTHER ORDERED that this matter be referred to the Capital Case Committee for the United States District Court, Northern District of California, for suggestion of one or more counsel to be appointed to represent petitioner in these proceedings.

The Clerk of the Court shall serve a certified copy of this order on petitioner Enrique Zambrano; respondent Robert K. Wong, Acting Warden of San Quentin Prison; the Clerk of the Alameda County Superior Court; Martin S. Kaye, Deputy Attorney General; Martin Brown,

Assistant District Attorney of Alameda County; and Michael Millman, Executive Director of the California Appellate Project, San Francisco.

DATED: 10/19/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE ZAMBRANO,

        Plaintiff,

  v.

ROBERT K. WONG et al,

        Defendant.

                              Case Number: CV09-04917 SBA

                              **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Enrique Zambrano H-91800
San Quentin State Prison
San Quentin, CA 97974

MICHAEL G. MILLMAN
CALIFORNIA APPELLATE PROJECT
101 SECOND STREET, STE 600
SAN FRANCISCO CA 94105

MARTIN S. KAYE, ESQ.
OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVENUE, STE. 11000
SAN FRANCISCO, CA 94102

CLERK
ALAMEDA COUNTY SUPERIOR COURT
1225 FALLON STREET
OAKLAND, CA 94612

ROBERT K. WONG, WARDEN
SAN QUENTIN STATE PRISON
SAN QUENTIN CA 94974

MARTIN A BROWN, ESQ,
ASSISTANT DISTRICT ATTORNEY

3

1 | OFFICE OF THE DISTRICT ATTORNEY
1225 FALLON STREET RM. 900
2 | OAKLAND CA 94612

3 | Dated: October 21, 2009

Richard W. Wieking, Clerk
4 | By: LISA R CLARK, Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28