IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENRIQUE ZAMBRANO,** | Case No. C 09-4917 LHK |
| Petitioner, | **[~~PROPOSED~~] ORDER** |
| v. | |
| **VINCENT CULLEN, Warden, California State Prison at San Quentin,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until March 15, 2013, to complete his exhaustion review of the capital federal habeas petition in this case, meet and confer with opposing counsel concerning any issues of exhaustion.

Dated:  3/13/13

LUCY H. KOH
United States District Judge