**Samuel Richard Rubin**
**Federal Public Defender**
**Teresa A. Hampton, Idaho Bar No. 4364**
**Oliver W. Loewy, Illinois Bar No. 6197093**
**Federal Defender Services of Idaho**
**Capital Habeas Unit**
702 W. Idaho St., Ste. 900
Boise, ID 83702
Telephone: 208-331-5530
Fax: 208-331-5559
Teresa_Hampton@fd.org
Oliver_Loewy@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ENRIQUE ZAMBRANO, ) ) Petitioner, ) ) vs. ) ) VINCENT CULLEN, Warden of ) California State Prison at San Quentin, ) ) Respondent. ) ) _____ ) | CASE NO.  CV-09-04917-LHK <br><br> **DEATH PENALTY CASE** <br><br> ~~PROPOSED~~ **ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR FILING RESPONSE TO MOTION TO DISMISS PETITION FOR FAILURE TO EXHAUST** |

Good cause appearing, Petitioner's Unopposed Motion to Extend Time for Filing Response to Motion to Dismiss Petition for Writ of Habeas Corpus (Docket No. 24) is GRANTED.  Accordingly, Petitioner's Response to Motion to Dismiss Petition for Writ of Habeas Corpus is hereby due on or before December 4, 2013.

IT IS SO ORDERED this  11th day of         June        2013.

*[signature: Lucy H. Koh]*

Hon. Lucy H. Koh
United States District Court Judge

~~PROPOSED~~ ORDER GRANTING MOTION TO EXTEND TIME FOR FILING
RESPONSE TO MOTION TO DISMISS PETITION FOR FAILURE TO EXHAUST- 1