UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ZAMBRANO, | CASE NO. CV 09-4917 LHK |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, | ORDER RE OVERSIZE BRIEFS |
| Respondent. | |

    Rule 7.4(b) of the Northern District's Local Rules limits a brief to 25 pages of text, "[u]nless the court expressly orders otherwise pursuant to a party's request made prior to the due date. . . ." The Court hereby ORDERS the parties in this matter to adhere to the page limits set by Rule 7.4(b), absent a significant showing that an oversize brief is necessary. Any request to file an oversize brief must be filed at least seven days before the brief in question is due.

**IT IS SO ORDERED.**

DATED:   3/24/14

                                                            *Lucy H. Koh*
Lucy H. Koh
United States District Judge