UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ZAMBRANO,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden of<br>California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 09-4917 LHK<br><br>**DEATH PENALTY CASE**<br><br>ORDER RE REPLY BRIEF |

Petitioner's response to respondent's motion to dismiss is due on June 2, 2014. Any reply by respondent shall be due within 28 days of petitioner's response, and no later than June 30, 2014. If respondent does not plan to file a reply, he is directed to so notify the Court within 7 days of petitioner's response, and no later than June 9, 2014.

**IT IS SO ORDERED.**

DATED:   5/2/14

_____
Lucy H. Koh
United States District Judge