IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENRIQUE ZAMBRANO,** | No. C 09-4917 LHK |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | **(Capital Case)** |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until July 30, 2014, to file a reply to the opposition to Respondent's motion to dismiss for failure to exhaust state remedies.

Dated: 7/1/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

[Proposed] Order (C 09-4917 LHK)